5268, 5269. WHATLEY BROTHERS & BRACKIN *v.* JAMISON &
HALLOWELL; and *vice versa.*

POTTLE, J. 1. Where two persons, each being the owner individually of
certain horses, agreed with a third person to furnish to him a certain
number of horses with which to do hauling, the owners agreeing between
themselves to divide the profits of the enterprise, and there being no
agreement that there was to be any joint ownership of the horses, each
owner retained the title to the horses furnished by him; and even if,
under the agreement between them, they became partners for the par-
ticular venture, the partnership, as such, could not maintain an action
against the hirer for the value of one of the horses alleged to have been
killed as the result of his negligence. *Newsome* v. *Brazell,* 118 *Ga.* 547
(45 S. E. 97).
2. A nonsuit having been moved for upon two grounds, and having been
properly granted upon one of the grounds, a cross-bill of exceptions
complaining of the refusal to sustain the other ground will be dismissed.
*Judgment on main bill of exceptions affirmed; cross-bill dismissed.*
DECIDED JANUARY 20, 1914.

Attachment; from city court of Bainbridge—Judge Spooner.
September 24, 1913.

*W. V. Custer,* for plaintiffs.
*R. G. Hartsfield,* for defendants.